UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| In re: | Case No. 16-10279 |
| MELLISE PTACEK | Chapter 7 |
| | Judge: Arthur I. Harris |
| Debtor(s) | |
| RICHARD BAUMGART, Trustee in Bankruptcy 55 Public Square, 21st Floor Cleveland, OH 44113 | |
| Plaintiff | |
| vs. | |
| JAMES PTACEK 18052 Benbow Road Strongsville, OH 44136 | |
| 8641 EAST SAN ARDO DRIVE LLC c/o Anthony Rinaldi, Esq. 1360 West 9th Street, Suite 310 Cleveland, OH 44113 | |
| MELLISE PTACEK 15235 Forest Park Drive Strongsville, OH 44136 | |
| Defendants | |

## COMPLAINT TO SET ASIDE FRAUDULENT TRANSFERS, OR IN THE ALTERNATIVE TO RECOVER FUNDS

Richard Baumgart, Trustee in Bankruptcy, Plaintiff herein, by and through counsel respectfully represents to the Court as follows:

1. Jurisdiction of the within proceedings is vested in this Court by virtue of the provisions of 28 U.S.C. §157 as amended and effective July 10, 1984 as part of the Bankruptcy Amendments and Federal Judgeship Act of 1984, Local General Order No. 2012-7, entered on April 4, 2012, by the United States District Court for the Northern District of Ohio and 28 U.S.C. §1334 as amended, in that the matters hereinafter alleged as the Complaint of Plaintiff are core proceedings within the core matter jurisdiction of this Court relating, among other things, to the recovery of property belonging to the within estate and with respect to which the Plaintiff consents to the entry of all final orders by the Bankruptcy Court and the Judge thereof.

2. On January 22, 2016, the Debtor, Mellise Ptacek, filed a petition in the United States Bankruptcy Court for the Northern District of Ohio, as is more fully reflected in the caption of this Complaint, seeking relief under Chapter 7 of Title 11 of the United States Code in which case an order for relief was entered on that date.

3. Plaintiff is the duly appointed, acting and qualified Trustee in Bankruptcy for the Debtor, Mellise Ptacek ("Debtor").

4. Defendant, James Ptacek ("Ptacek"), is the former spouse of the Debtor.

5. Defendant, 8641 East San Ardo Drive LLC ("San Ardo") is an Ohio LLC believed to be owned by James Ptacek.

## COUNT I

6. Plaintiff incorporates herein by reference the averments of paragraphs 1 through 5 above as though fully rewritten herein.

7. On or about September 15, 2015, shortly prior to her bankruptcy and while creditors were pursuing her, Debtor fraudulently executed a deed transferring her 1/2 interest in certain real

2

17-01105-aih    Doc 1    FILED 08/17/17    ENTERED 08/17/17 14:03:44    Page 2 of 11

property known as 8641 San Ardo Drive, Scottsdale, Arizona (the "Property") to Ptacek for little or no consideration. A copy of the deed relating to such transfer is attached hereto as Exhibit A and incorporated herein by reference.

8. On or about October 7, 2015, in an effort to justify the prior fraudulent transfer of the Property, the Debtor consented to a judgment entry in her domestic relations action pending against Ptacek, purporting to have the Court retroactively approve the prior fraudulent transfer of the Property to Ptacek.

9. The transfer and judgment entry were done at a time that the Debtor was not represented by counsel, with the fraudulent court order having been prepared by Ptacek's counsel.

10. The transfer occurred during the one year prior to the commencement of this bankruptcy case.

11. The transfer of the Property from the Debtor to Ptacek ("the Transfer") was made without fair consideration for which the Debtor received less than a reasonably equivalent value in exchange for such transfer.

12. At the time of the Transfer, the Debtor was insolvent or rendered insolvent as a result of the transfer.

13. Alternatively, the Transfer was made with the actual intent to hinder, delay or defraud creditors, or was engaged in business of a transaction, for which any property remaining with the Debtor was an unreasonably small capital, or intended to incur, or believed that the debtor would incur debts that would be beyond the debtor's ability to pay as such debts matured.

14. The Transfer is fraudulent both under §548 of the Bankruptcy Code and §§1336.01 et seq. of the Ohio Revised Code and should be set aside.

## COUNT II

15. Plaintiff incorporates herein by reference the averments of paragraphs 1 through 14 above as though fully rewritten herein.

16. Subsequent to the Transfer described above, and after the Debtor's bankruptcy case was filed, and with knowledge by Ptacek of the Trustee's claims that the Debtor had made a fraudulent transfer to Ptacek, the Property was transferred by Ptacek to 8641 East San Ardo Drive LLC, an Ohio limited liability company

17. Upon information and belief Ptacek is the owner of 8641 East San Ardo Drive LLC, as it is an Ohio LLC, with an Ohio statutory agent, and uses Ptacek's mailing address.

18. The transfer from Ptacek to San Ardo was a fraudulent transfer made for little or no consideration in order to avoid the claims of Plaintiff to the property.

19. Alternatively, the transfer to San Ardo was made with the intent to hinder, delay or defraud Plaintiff from reaching the Property.

20. San Ardo is an immediate or mediate transferee from Ptacek as the initial transferee as relates to the Property.

21. Plainiff is entitled to have the Property transferred to Plaintiff and set aside as a fraudulent transfer or is entitled to have the value of the Property transferred to Defendants Ptacek and San Ardo set aside and preserved for the benefit of the within estate pursuant to §§544, 548, 550 and 551 of the Bankruptcy Code and Ohio Revised Code §§1336.01, et seq.

## COUNT III

22. Plaintiff incorporates herein by reference all of the averments contained in paragraphs 1 through 21 above as though fully rewritten herein.

4

23. As an alternative, and in addition to Count II of the Complaint, Plaintiff is entitled to recover from Defendant Ptacek and San Ardo the value of the property transferred in lieu of recovering the actual property itself, in an amount to be determined at the time of trial.

24. Plaintiff is entitled to recover from Defendants, , a sum not less than $100,000, plus interest, costs and attorneys fees in this action.

## COUNT IV

25. Plaintiff incorporates herein by reference all of the averments contained in paragraphs 1 through 24 above as though fully rewritten herein.

26. In addition to the fraudulent transfers identified above. at the time of the filing of the bankruptcy, Ptacek was indebted to the Debtor in the following amounts and for the following items:

    a) a Promissory Note in the amount of $36,000 plus interest and costs;

    b) a sum of not less than $150,000 relating to her property interest that was fraudulently transferred to Ptacek in which she has an interest.

    c) the sum of $2,040 per month for 36 months owed to her as part of her prior divorce

WHEREFORE, Plaintiff demands judgment against Defendants as follows:

1. On Counts I and II avoiding the transfer of the Property from the Debtor to Ptacek and to San Ardo, and preserving such transfer for the benefit of the estate, or

2. In the alternative, judgment on Count III for a sum not less than $100,000 plus interest, costs and attorneys fees, and for such other relief as may be just and equitable in the premises;

3. For an affirmative monetary judgment against Ptacek on Count IV in the amount of not less than $259,440 plus interest, costs and attorneys' fees.

4. For such other and further relief as may be just and equitable in the premises.

/s/Richard A. Baumgart
Richard A. Baumgart (#0002664)
DETTELBACH, SICHERMAN & BAUMGART
55 Public Square, 21st Floor
Cleveland, Ohio 44113-1902
Phone: (216) 696-6000
Fax: (2l6) 696-3338
Email: rbaumgart@dsb-law.com
Attorney for Trustee

F:\WPWIN\TEE\RAB\Ptacek\Fraudulent transfer Complaint\Complaint vs.wpd
August 17, 2017

When recorded, return to:
MR. JAMES R. PTACEK
6801 QUEENS WAY
NORTH ROYALTON, OHIO 44133

PT.
1e.

## SPECIAL WARRANTY DEED

For valuable consideration, the receipt of which is hereby acknowledged, we, JAMES R. PTACEK, a single man and MELLISE N. PTACEK, a single woman, (as "Grantors") hereby grant and convey to:

JAMES R. PTACEK, a single man (as "Grantee") all right, title and interest in the following real property situated in the County of MARICOPA State of ARIZONA:

### SEE SCHEDULE "A"

Title to the property is warranted by Grantor as against all acts of Grantor and none other. I covenant that I convey and warrant specially the title against all persons claiming under me.

According to A.R.S. Section 11-1134 (B) (8), no Affidavit of Real Property Value and accompanying fee need be filed with this transfer to title.

This Deed Dated 9/15/15

STATE OF ~~ARIZONA~~ Ohio )
COUNTY OF ~~MARICOPA~~ Cuyahoga ) ss.
)

JAMES R. PTACEK, (Grantor)

MELLISE N. PTACEK, (Grantor)

On 9-15-15, before me, the undersigned, a Notary Public in and for said County and State, personally appeared JAMES R. PTACEK and MELLISE N. PTACEK, known to me (or proved to me on the basis of satisfactory evidence) to be the persons whose names are subscribed to the within instrument, and acknowledged to me that they executed the same.

My Commission Expires:

WITNESS my hand and official seal.

AUBREY L. STRIPPY
NOTARY PUBLIC • STATE OF OHIO
Recorded in Cuyahoga County
My commission expires May 6, 2017

Notary Public

## SCHEDULE "A"

The following described real property situated in MARICOPA County, ARIZONA:

LOT 49, OF SUGGS RANCHO MCCORMICK, ACCORDING TO THE PLAT OF RECORD IN THE OFFICE OF THE COUNTY RECORDER OF MARICOPA COUNTY, ARIZONA, RECORDED IN BOOK 192 OF MAPS, PAGE 38, AND CERTIFICATE OF CORRECTION RECORDED IN DOCKET 12583, PAGE 701, RECORDS OF MARICOPA COUNTY, ARIZONA;

EXCEPT ALL GROUNDWATERS UNDERLYING THE SURFACE OF SAID LAND AS RESERVED IN DOCKET 12346, PAGE 1499, RECORDS OF MARICOPA COUNTY, ARIZONA.

SUBJECT TO: Current taxes and other assessments, reservations in patents and all easements, rights of way, encumbrances, liens, covenants, conditions and restrictions as may appear of record.

Unofficial Document

APN: 177-04-054
Property Address: 8641 East San Ardo Drive, Scottsdale, Arizona 85258

2

# 174-04-054

PTACEK JAMES R

**Parcel Type: Residential**

8641 E SAN ARDO DR SCOTTSDALE 85258

## Property Information

| | |
|---|---|
| MCR #: | 19238 |
| Address: | 8641 E SAN ARDO DR SCOTTSDALE 85258 |
| Latitude/Longitude: | 33.55887990 | -111.89454818 |
| Description: | SUGGS RANCHO MCCORMICK PER MCR 192-38 |
| Lot Size (Sq Ft): | 7764 |
| Zoning: | R1-7 |
| Section, Township, Range: | 36 3N 4E |
| Market Area/Neighborhood: | 05/007 |
| Subdivision: | SUGGS RANCHO MC CORMICK LOT 1-251 |
| Lot #: | 49 |
| High School District: | SCOTTSDALE UNIFIED #48 |
| Elementary School District: | SCOTTSDALE UNIFIED SCHOOL DISTRICT |
| Local Jurisdiction: | SCOTTSDALE |
| Owner: | PTACEK JAMES R |
| Mailing Address: | 6601 QUEENS WAY , NORTH ROYALTON, OH 44133 |
| Deed #: | 150691356 |
| Deed Date: | September 25, 2015 |
| Sale Date: | August 01, 2005 |
| Sale Price: | $434,000 |

## Valuation Data

| Tax Year: | 2016 | 2015 | 2014 | 2013 | 2012 |
|---|---|---|---|---|---|
| Full Cash Value: | $313,000 | $299,000 | $249,600 | $223,500 | $223,500 |
| Limited Property Value: | $271,050 | $258,143 | $245,850 | $223,500 | $223,500 |
| Legal Class: | 4 | 4 | 4 | 4 | 4 |
| Description: | NON-PRIMARY/NOT IN OTHER CLASSES RESID | NON-PRIMARY/NOT IN OTHER CLASSES RESID | NON-PRIMARY/NOT IN OTHER CLASSES RESID | NON-PRIMARY/NOT IN OTHER CLASSES RESID | NON-PRIMARY/NOT IN OTHER CLASSES RESID |
| Assessment Ratio: | 10% | 10% | 10% | 10% | 10% |
| Assessed FCV: | $0 | $0 | $24,960 | $22,350 | $22,350 |
| Assessed LPV: | $27,105 | $25,814 | $24,585 | $22,350 | $22,350 |
| Property Use Code: | 0141 | 0141 | 0141 | 0141 | 0141 |
| PU Description: | Single Family Residence | Single Family Residence | Single Family Residence | Single Family Residence | Single Family Residence |
| Tax Area Code: | 481400 | 481400 | 481400 | 481400 | 481400 |

## Property Characteristics

*Various characteristics about this property*

| | | | |
|---|---|---|---|
| Construction Year: | 1979 | Market Area/Neighborhood: | 05/007 |
| Pool: | Yes | | |
| Main Living Area: | 1,712 | | |
| Detached Living Area: | 0 | | |

### Improvement Characteristics

| | |
|---|---|
| Improvement Quality Grade: | Above average (0) |

### External Property Characteristics

| | | | |
|---|---|---|---|
| Number of Patios: | 1 | Number Of Bath Fixtures: | 7 |
| Patio Type: | Covered | Number of Garage Stalls: | 2 |
| Exterior Wall Type: | 8" Painted Block | Number of Carport Stalls: | |
| Roof Type: | Asphalt Shingle | Number of Covered Patios: | 1 |
| | | Number of Uncovered Patios: | 0 |
| Other Structures: | None | | |

Notice: The values displayed on this page may not reflect constitutional or statutory adjustments.

**Property Sketches**



**CAUTION! USERS SHOULD INDEPENDENTLY RESEARCH AND VERIFY INFORMATION ON THIS WEBSITE BEFORE RELYING ON IT.**

The Assessor's Office has compiled information on this website that it uses to identify, classify, and value real and personal property. Please contact the Maricopa County S.T.A.R. Center at (602) 506-3406 if you believe any information is incomplete, out of date, or incorrect so that appropriate corrections can be addressed. Please note that a statutory process is also available to correct errors pursuant to Arizona Revised Statutes 42-16254.

The Assessor does not guarantee that any information provided on this website is accurate, complete, or current. In many instances, the Assessor has gathered information from independent sources and made it available on this site, and the original information may have contained errors and omissions. Errors and omissions may also have occurred in the process of gathering, interpreting, and reporting the information. Information on the website is not updated in "real time". In addition, users are cautioned that the process used on this site to illustrate the boundaries of the adjacent parcels is not always consistent with the recorded documents for such parcels. The parcel boundaries depicted on this site are for illustrative purposes only, and the exact relationship of adjacent parcels should be independently researched and verified. The information provided on this site is not the equivalent of a title report or a real estate survey. Users should independently research, investigate and verify all information before relying on it or in the preparation of legal documents.

**By using this website, you acknowledge having read the above and waive any right you may have to claim against Maricopa County, its officers, employees, and contractors arising out of my reliance on or the use of the information provided on this website.**



**Maricopa County Treasurer's Office**

Charles "Hos" Hoskins

**Kuenzi Somogyi Attorneys**
Skylight Office Tower, Suite 660
1660 West Second Street · Cleveland, Ohio 44113
216.241.9711 Phone · 216.522.9711 Fax · www.kuenzilaw.com

7976 Tyler Blvd. · Mentor, Ohio 44060 · 440.951.9711

One Chagrin Highlands · Beachwood, Ohio 44122 · 440.893.9711

## Tax Summary 174-04-054 4

**Current Mailing Name & Address**

PTACEK JAMES R
6601 QUEENS WAY
NORTH ROYALTON, OH 44133

**Property (Situs) Address**
8641 E SAN ARDO DR
SCOTTSDALE, AZ 85258

### 2015 Tax Due

| Assessed Tax: | $2,369.38 | Tax Paid: | $1,184.69 | Total Due: | $1,184.69 |

View 2015 Tax Details

Create Stub

View Additional Tax Years

### Total Amount Due

**Status:** Currently up-to-date

**Remaining Tax Amount Due:** $1,184.69

Total amount due does not reflect any pending payments. Amount may change based on activity to this parcel.
NOTE: Your property may be subject to additional tax liens listed under previous parcel numbers.

301 West Jefferson, Suite 100, Phoenix, Arizona 85003   (602)506-8511   TT (602)506-2348   FAX
(602)506-1102   Disclaimer

17-01105-aih    Doc 1    FILED 08/17/17    ENTERED 08/17/17 14:03:44    Page 11 of 11