The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically on August 27, 2019, which may be different from its entry on the record.

**IT IS SO ORDERED.**

**Dated: August 27, 2019**



ARTHUR I. HARRIS
UNITED STATES BANKRUPTCY JUDGE

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| MELLISE N. PTACEK, | ) | Case No. 16-10279 |
|     Debtor. | ) | |
| | ) | Judge Arthur I. Harris |
| | ) | |
| RICHARD A. BAUMGART, | ) | |
| TRUSTEE, | ) | Adversary Proceeding |
|     Plaintiff. | ) | No. 17-1105 |
| | ) | |
| v. | ) | |
| | ) | |
| JAMES PTACEK, 8641 EAST SAN | ) | |
| ARDO DRIVE LLC, & MELLISE N. | ) | |
| PTACEK, | ) | |
|     Defendants. | ) | |

# JUDGMENT

For the reasons stated in the separate memorandum of opinion, the Court enters judgment in favor of the trustee and against the debtor's ex-husband, James Ptacek, in the amount of $49,048.77 and denies all other claims in the trustee's

amended adversary complaint. Postjudgment interest on the entire judgment of $49,048.77 will accrue at the rate provided under 28 U.S.C. § 1961. Each party shall bear its own costs and attorney's fees.

    IT IS SO ORDERED.