UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No. 16-10279 |
| | ) | |
| MELLISE PTACEK | ) | Chapter 7 |
| | ) | |
| Debtor(s). | ) | Judge: Arthur Harris |
| | ) | |
| Richard A. Baumgart | ) | |
| Trustee in Bankruptcy | ) | |
| 55 Public Square, 21st Floor | ) | |
| Cleveland, OH 44113-1902 | ) | |
| Plaintiff | ) | |
| | ) | |
| -vs- | ) | Adv. Proc. No.17-01105 |
| | ) | |
| JAMES PTACEK, et al, | ) | |
| | ) | |
| Defendants. | ) | |

SATISFACTION OF JUDGMENT

Whereas on August 27, 2019 a judgment was rendered in this case against James Ptacek in the amonnt of $49,048.77 plus interest.

Whereas the judgment and all costs have been fully paid.

1

THEREFORE, satisfaction of the judgment is hereby acknowledged and the Clerk of this Court is hereby authorized and directed to cancel, satisfy and discharge the same.

/s/Richard A. Baumgart
Richard A Baumgart (0002664)
DETTELBACH, SICHERMAN & BAUMGART
55 Public Square, 21st Floor
Cleveland, OH 44113-1902
Phone: (216) 696-6000
Fax: (216) 696-3338

### CERTIFICATE OF SERVICE

A copy of the foregoing foregoing satisfaction was sent to:

Christopher Freeman via email at Chris@chrisfreemanlaw.com

/s/Richard A. Baumgart
Richard Baumgart, Attorney

```
F:\WPWIN\TEE\RAB\Ptacek\Fraudulent transfer Complaint\Satisfaction.wpd
```